UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TREACE MEDICAL CONCEPTS, INC.,
a Delaware corporation,

       Plaintiff,                          CASE NO.:

v.

PINE GROVE AMBULATORY SURGICAL CENTER, LLC,
a Pennsylvania limited liability company,

       Defendant.

-----------------------------------------------------------------

**COMPLAINT**

Plaintiff TREACE MEDICAL CONCEPTS, INC., a Delaware corporation ("Plaintiff" or "TMCI") sues Defendant PINE GROVE AMBULATORY SURGICAL CENTER, LLC, a Pennsylvania limited liability company (Defendant or "Pine Grove"), and says:

**JURISDICTION AND VENUE**

1. This is an action for damages featuring claims founded on unpaid invoices for goods ordered, delivered, and accepted.

2. This Court has jurisdiction based on diversity of citizenship pursuant to 28 U.S.C. § 1332(a). There exists complete diversity of citizenship between the parties, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

3. Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b)(2) as this action is founded on diversity jurisdiction, and concerns injuries sustained by Plaintiff in this District, and more specifically because the parties hereto agreed in their

1

written terms of purchase and sale to this jurisdiction as their exclusive venue for disputes.

## PARTIES

4. Plaintiff TMCI, a Delaware corporation, is a corporate citizen of the State of Florida, having its domicile, headquarters, and principal place of business at 100 Palmetto Park Place, Ponte Vedra, FL 32081, and is a commercial-stage orthopaedic medical device company with the goal of advancing the standard of care for the surgical management of bunion deformities and related midfoot correction.

5. Defendant Pine Grove is a Pennsylvania limited liability company that owns and operates one or more surgical care centers in Russell, PA, has a headquarters and principal place of business at 10 Timberview Lane, Russell, PA 16345, and a Managing Member and/or President at James S. Spangler, OD, 213 W 3rd Avenue, Warren, PA 16365.  For purposes of establishing diversity jurisdiction, all of Pine Grove's members are citizens of and reside in the state of Pennsylvania.

## GENERAL ALLEGATIONS

6. TMCI is a manufacturer of podiatry and related orthopaedic therapy (medical and surgical) products, including but not limited to those featured on TMCI's patient-facing web presence, lapiplasty.com, and is a commercial-stage orthopaedic medical device company with the goal of advancing the standard of care for the surgical management of bunion deformities and related midfoot correction.

7. Pine Grove, as stated above, owns and operates one or more surgical centers, and uses medical device products within its medical and surgical services offered to its patients at these surgical centers.

8. At all times material Pine Grove desired to purchase and obtain, and took every act required to purchase and obtain, from TMCI, certain quantities and types of TMCI's products.

9. Between August of 2023 and June of 2024, Pine Grove placed orders with TMCI for purchases of TMCI products.

10. By Pine Grove and TMCI's agreement, these orders were made pursuant to TMCI's Standard Terms and Conditions for the Sale of Products (the "Terms"), a true and correct copy of which is attached hereto as **Exhibit A.**

11. Each order Pine Grove placed with TMCI was documented with a purchase order number ("PON") transmitted to TMCI in concert with the delivery of the TMCI surgical product ordered by Pine Grove.

12. TMCI timely delivered to Pine Grove the products ordered for purchase by Pine Grove as to each order placed, and as to each PON.

13. Pine Grove accepted, kept, and retained each product shipped by TMCI in response to each order placed by Pine Grove.

14. Pine Grove did not return any products shipped to Pine Grove by TMCI.

15. Pine Grove did not object to any TMCI shipments to Pine Grove, or to any TMCI products contained in those shipments, or to any bills of lading identifying the TMCI products contained in the shipments, or that any TMCI shipments were misdelivered or never arrived, or that any TMCI shipments were never ordered by Pine Grove.

16. Upon completing each delivery to Pine Grove, TMCI issued and delivered to Pine Grove an invoice stating the amount due for the products delivered. An

exemplar of the form of invoice TMCI issued and delivered to Pine Grove in each instance is attached hereto as **Exhibit B.**

17. As set forth at **Exhibit C** hereto, on the true and correct copy of the TMCI Statement of Account for Pine Grove that TMCI delivered and published to Pine Grove after Pine Grove defaulted on the payment obligation for the Pine Grove orders and deliveries reflected in the invoices listed in the exhibit, Pine Grove failed to pay the invoice as to Pine Grove orders and TMCI product deliveries accepted by Pine Grove totaling $233,468.60.

18. As shown at the Statement of Account at Exhibit C, Pine Grove owes TMCI for Pine Grove orders made to TMCI, with products received and accepted by Pine Grove, the total of $233,468.60, before interest.

19. Despite receiving each invoice, Pine Grove has at all times failed to pay and has at all times made no objection, protest, or criticism of the products delivered, of any act by TMCI as seller, or as to any unpaid amount shown as due and owing from Pine Grove on TMCI invoices or statements of account.

20. TMCI has retained the undersigned law firm and is obligated to pay the law firm for its services.

21. All conditions precedent to the claims set forth in this Complaint by TMCI have been met, or have been waived, or otherwise excused.

## COUNT I – BREACH OF CONTRACT

22. TMCI realleges and incorporates by reference the allegations at paragraphs 1 through 21, above.

23. This action sounds in breach of written contract.

24. Pine Grove and TMCI made the agreement between them to purchase, sell, order, and deliver a specific series of products between them, for which TMCI invoiced Pine Grove for payment, all of which is described above.

25. Pine Grove has failed to pay TMCI the agreed amounts set forth in the invoices issued to Pine Grove for delivered products, and the resulting total amount that is unpaid, due, and owing to TMCI, according to the invoices and TMCI's corresponding statements of account is $233,468.60 before interest.

26. TMCI has suffered damages as a direct result of Pine Grove's breach of the parties' agreement in failing to make payment, and is entitled to recover the amount owed of $233,468.60, plus pre-judgment interest, post-judgment interest, and costs and expenses of this action.

WHEREFORE, Plaintiff TREACE MEDICAL CONCEPTS, INC. demands judgment against Defendant PINE GROVE ASC, LLC for damages exceeding $75,000, costs of suit, prejudgment and post-judgment interest, attorney's fees according to applicable statute, where available, and all other and further relief as the Court may deem just and proper.

## COUNT II – ACCOUNT STATED

27. TMCI realleges and incorporates by reference the allegations at paragraphs 1 through 21, above.

28.     If TMCI's claims at Count I fail or are not applicable according to the Court's findings of law, then in the alternative to Count I this Count II states a claim for the Florida cause of action entitled Account Stated.

29.     An account stated exists between TMCI and Pine Grove in the amount of $233,468.60, before interest, for unpaid shipments of products (goods) by TMCI to Pine Grove.

30.     The account stated and the amount owed was assented to, impliedly and expressly, by Pine Grove and TMCI.

31.     The account stated that was assented to by both parties is not in dispute by either party.

32.     The amount owed under the account stated, and its relevant invoices, have not been refuted by either party.

33.     Pine Grove has acknowledged the relevant invoices and has not disputed them or protested them in any way.

34.      Pine Grove has failed to pay TMCI anything against the account stated and the total amount that is unpaid, due, and owing to TMCI, according to the Statement of Account at Exhibit C hereto and as shown in the relevant invoices.

35.      Pine Grove has benefited from and taken full advantage of the products (goods) delivered by TMCI to Pine Grove as depicted in each relevant invoice.

36.     TMCI has suffered damages as a direct result of Pine Grove failure to pay and is entitled to recover the amount owed of $233,268.60, plus pre-judgment interest, post-judgment interest, and costs and expenses of this action.

WHEREFORE, Plaintiff TREACE MEDICAL CONCEPTS, INC. demands judgment against Defendant PINE GROVE ASC, LLC for damages exceeding $75,000, costs of suit, prejudgment and post-judgment interest, attorney's fees according to applicable statute, where available, and all other and further relief as the Court may deem just and proper.

## COUNT III – ACTION FOR THE PRICE

37. TMCI realleges and incorporates by reference the allegations at paragraphs 1 through 21, above.

38. If TMCI's claims at Counts I and II fail or are not applicable according to the Court's findings of law, then in the alternative to Count I this Count III states a claim for the Florida cause of action entitled Action on the Price.

39. The products shipped by TMCI to Pine Grove as alleged above are "goods" under Section 672.105(1), Florida Statutes.

40. Pine Grove received and accepted the TMCI products from TMCI.

41. Pine Grove used and or sold the TMCI products that Pine Grove received and accepted.

42. Under Section 672.607(1), Florida Statutes, and Section 672.709(1)(a), Florida Statutes, TMCI is entitled to recover the unpaid purchase price for the TMCI products that Pine Grove received and accepted in the amount of $233,468.60, before interest.

48. TMCI is also entitled to recover pre-judgment interest on all unpaid amounts.

7

WHEREFORE, Plaintiff TREACE MEDICAL CONCEPTS, INC. demands judgment against Defendant PINE GROVE AMBULATORY SURGICAL CENTER, LLC, for damages exceeding $75,000, costs of suit, prejudgment and post-judgment interest, and all other and further relief as the Court may deem just and proper.

Respectfully submitted,

**CAVENDISH PARTNERS, P.A.**

/s/ Michael Cavendish

By:_____
Michael Cavendish
Fl. Bar No. 0143774
200 W Forsyth Street
Suite 1300
Jacksonville, FL 32202
(904) 515-5110
(904) 515-5101 (Fax)
mcavendish@cavpartners.com

*Attorney and Trial Counsel for Plaintiff*
*TREACE MEDICAL CONCEPTS, INC.*