

# Invoice

| Date | Invoice # |
|---|---|
| 8/22/2023 | INV75108 |

Treace Medical Concepts, Inc.
100 Palmetto Park Place
Ponte Vedra FL 32081
United States
(904) 373-5940
www.Treace.com

| Bill To | Ship To |
|---|---|
| Pine Grove ASC, LLC<br>10 Timberview Lane<br>Russell PA 16345-4150<br>United States | Pine Grove ASC, LLC<br>10 Timberview Lane<br>Russell PA 16345-4150<br>United States |

| PO # | Terms | Rep | SO # | Surgery Date | Surgeon |
|---|---|---|---|---|---|
| 22299 | Net 60 | 1616 | SO87893 | 8/22/2023 | Michael Tarbox |

| Item # | Description | Lot # | Qty | List Price | Price Each | Amount |
|---|---|---|---|---|---|---|
| SK341-SD161-SD281 | SK341-SD161-SD281 | | 1 | $7,558.00 | $3,100.00 | $3,100.00 |
| SM-4011 | Oscillating Blade 40mm x 11mm (Stryker) | IG0ZS | 1 | $500.00 | $50.00 | $50.00 |

| | |
|---|---|
| Subtotal | $3,150.00 |
| Shipping & Handling | |
| Tax Total | $3.00 |
| Total | $3,153.00 |
| Amount Due | $3,153.00 |

Electronic payments (preferred method) should be sent to:

| | |
|---|---|
| Account Name: | Treace Medical Concepts, Inc. |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| ACH Bank Routing #: | 072000326 |
| Wire Transfer Bank Routing #: | 021000021 |
| SWIFT Code: | CHASUS33 |
| Bank Account #: | 932650671 |
| Bank Address: | 270 Park Avenue<br>New York, NY 10017 |

**Credit card payments** are accepted on our Customer Payment Portal https://billpay.treace.net/ and are subject to a 3% surcharge.

**Check payments** may be mailed to:
Treace Medical Concepts, Inc.
P.O. Box 735668
Chicago, IL 60673-5668

Please submit remittance information for payments made by ACH or wire transfer to ar@treace.net

The price on this invoice is the net of discounts; some of the products listed may be subject to additional discounts. You must comply with all applicable laws regarding discounts/credits; fully and accurately report discounts/credits to payors as required; retain this invoice and related documentation and make them available to authorized health care program officials. The purchase of a Lapiplasty® Kit includes the use of an instrument set.

Unless Customer named above and Treace Medical Concepts, Inc. ("TMC") have expressly agreed otherwise in a signed, written agreement, (1) the products itemized in this invoice are provided subject to TMC's standard Terms and Conditions for the Sale of Products in effect at the time the products are delivered, as published at https://www.lapiplasty.com/terms-for-product-sales/ (the "TMC Products Terms"), which include (without limitation) a 180 day limited product warranty, limitations of liability and remidies, 30 day payment terms, and return goods procedure; (2) all orders are F.O.B. shipping point (under the Uniform Commercial Code); (3) prices do not include sales, use, excise or similar taxes or any shipping, delivery, handling or insurance charges; and (4) by ordering or paying for the products itemized above, Customer accepts and agrees to the TMC Product Terms.