# Treace Medical Concepts, Inc.
# Treace Medical Concepts, Inc.
# A/R Aging Detail
## As of November 8, 2024

| Customer | Transaction Type | Date | Document Number | P.O. No. | Due Date | Age | Open Balance |
|---|---|---|---|---|---|---|---|
| **Pine01** | | | | | | | |
| | Invoice | 8/2/2023 | INV75146 | 22264 | 10/1/2023 | 404 | $3,153.00 |
| | Invoice | 8/2/2023 | INV75147 | 22262 | 10/1/2023 | 404 | $3,153.00 |
| | Invoice | 8/22/2023 | INV75108 | 22299 | 10/21/2023 | 384 | $3,153.00 |
| | Invoice | 8/22/2023 | INV75113 | 22300 | 10/21/2023 | 384 | $4,073.00 |
| | Invoice | 9/12/2023 | INV76492 | 22335 | 11/11/2023 | 363 | $3,678.00 |
| | Invoice | 9/12/2023 | INV76499 | 22332 | 11/11/2023 | 363 | $4,912.50 |
| | Invoice | 9/19/2023 | INV77066 | 22350 | 11/18/2023 | 356 | $6,778.00 |
| | Invoice | 9/26/2023 | INV77614 | 22356 | 11/25/2023 | 349 | $3,153.00 |
| | Invoice | 9/27/2023 | INV77612 | 22362 | 11/26/2023 | 348 | $3,153.00 |
| | Invoice | 9/27/2023 | INV77913 | 22363 | 11/26/2023 | 348 | $3,153.00 |
| | Invoice | 10/10/2023 | INV78868 | 22392 | 12/9/2023 | 335 | $3,678.00 |
| | Invoice | 10/10/2023 | INV78869 | 22393 | 12/9/2023 | 335 | $3,678.00 |
| | Invoice | 10/24/2023 | INV80353 | 22424 | 12/23/2023 | 321 | $6,778.00 |
| | Invoice | 10/25/2023 | INV80354 | 22427 | 12/24/2023 | 320 | $3,100.00 |
| | Invoice | 10/25/2023 | INV80355 | 22425 | 12/24/2023 | 320 | $3,153.00 |
| | Invoice | 10/31/2023 | INV80511 | 22435 | 12/30/2023 | 314 | $3,678.00 |
| | Invoice | 11/14/2023 | INV82203 | 22450 | 1/13/2024 | 300 | $3,678.00 |
| | Invoice | 11/21/2023 | INV82563 | 22463 | 1/20/2024 | 293 | $5,215.00 |
| | Invoice | 11/21/2023 | INV82568 | 22464 | 1/20/2024 | 293 | $10,377.00 |
| | Invoice | 11/28/2023 | INV83119 | 22477 | 1/27/2024 | 286 | $3,153.00 |
| | Invoice | 11/28/2023 | INV83122 | 22479 | 1/27/2024 | 286 | $4,775.00 |
| | Invoice | 11/28/2023 | INV83297 | 22475 | 1/27/2024 | 286 | $12,302.00 |
| | Invoice | 11/29/2023 | INV83345 | 22485 | 1/28/2024 | 285 | $6,253.00 |
| | Invoice | 12/19/2023 | INV85334 | 22529 | 2/17/2024 | 265 | $5,793.00 |
| | Invoice | 12/20/2023 | INV85502 | 22534 | 2/18/2024 | 264 | $3,153.00 |
| | Invoice | 1/1/2024 | INV87705 | 22451 | 3/1/2024 | 252 | $5,740.00 |
| | Invoice | 1/3/2024 | INV87520 | 22550 | 3/3/2024 | 250 | $3,153.00 |
| | Invoice | 1/3/2024 | INV87522 | 22551 | 3/3/2024 | 250 | $3,153.00 |
| | Invoice | 1/9/2024 | INV87742 | 22560 | 3/9/2024 | 244 | $3,153.00 |
| | Invoice | 1/9/2024 | INV87743 | 22562 | 3/9/2024 | 244 | $5,215.00 |
| | Invoice | 1/16/2024 | INV88221 | 22578 | 3/16/2024 | 237 | $3,153.00 |
| | Invoice | 1/16/2024 | INV88224 | 22579 | 3/16/2024 | 237 | $3,100.00 |
| | Invoice | 1/16/2024 | INV88387 | 22575 | 3/16/2024 | 237 | $7,674.40 |
| | Invoice | 1/16/2024 | INV88739 | 22573 | 3/16/2024 | 237 | $5,740.00 |
| | Invoice | 1/17/2024 | INV88304 | 22581 | 3/17/2024 | 236 | $6,253.00 |
| | Invoice | 1/23/2024 | INV88830 | 22589 | 3/23/2024 | 230 | $3,153.00 |
| | Invoice | 1/23/2024 | INV88844 | 22591 | 3/23/2024 | 230 | $3,100.00 |
| | Invoice | 2/7/2024 | INV90206 | 22606 | 4/7/2024 | 215 | $3,153.00 |
| | Invoice | 2/13/2024 | INV90644 | 22610 | 4/13/2024 | 209 | $3,678.00 |
| | Invoice | 2/13/2024 | INV90988 | 22609 | 4/13/2024 | 209 | $6,778.00 |
| | Invoice | 2/20/2024 | INV91108 | 22618 | 4/20/2024 | 202 | $3,100.00 |
| | Invoice | 2/28/2024 | INV92000 | 22631 | 4/28/2024 | 194 | $3,153.00 |
| | Invoice | 3/6/2024 | INV92469 | 22644 | 5/5/2024 | 187 | $3,153.00 |
| | Invoice | 3/27/2024 | INV94062 | 22662 | 5/26/2024 | 166 | $3,153.00 |
| | Invoice | 3/27/2024 | INV94063 | 22663 | 5/26/2024 | 166 | $3,153.00 |
| | Invoice | 4/9/2024 | INV95184 | 22673 | 6/8/2024 | 153 | $3,053.00 |
| | Invoice | 5/21/2024 | INV97937 | 1036 | 7/20/2024 | 111 | $3,678.00 |
| | Invoice | 6/5/2024 | INV99067 | 1057 | 8/4/2024 | 96 | $3,053.00 |
| | Invoice | 6/5/2024 | INV99090 | 1058 | 8/4/2024 | 96 | $3,053.00 |
| | Invoice | 6/11/2024 | INV99402 | 1067 | 8/10/2024 | 90 | $3,578.00 |
| | Invoice | 6/18/2024 | INV99815 | 1069 | 8/17/2024 | 83 | $3,878.00 |
| | Invoice | 6/18/2024 | INV99858 | 1070 | 8/17/2024 | 83 | $3,578.00 |
| | Invoice | 6/18/2024 | INV99960 | 1071 | 8/17/2024 | 83 | $3,934.70 |

| Customer | Transaction Type | Date | Document Number | P.O. No. | Due Date | Age | Open Balance |
|---|---|---|---|---|---|---|---|
| | Invoice | 6/19/2024 | INV99892 | 1078 | 8/18/2024 | 82 | $3,578.00 |
| | Invoice | 6/19/2024 | INV99904 | 1080 | 8/18/2024 | 82 | $3,053.00 |
| **Total - Pine01** | | | | | | | **$233,468.60** |
| **Total** | | | | | | | **$233,468.60** |