# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

TREACE MEDICAL CONCEPTS,
INC.,

       Plaintiff,

v.                                        Case No.  3:25-cv-292-MMH-MCR

PINE GROVE AMBULATORY
SURGICAL CENTER, LLC,

       Defendant.

_____/

# <u>O R D E R</u>

**THIS CAUSE** is before the Court <u>sua</u> <u>sponte</u>. On August 13, 2025, the Court ordered Plaintiff to provide the Court with sufficient information to determine whether it has subject matter jurisdiction over this action. <u>See</u> Jurisdiction Order (Doc. 22). On August 26, 2025, Plaintiff filed a response. <u>See</u> Plaintiff's Statement as to Jurisdiction Responding to Order Dated August 13, 2025 (Doc. 23; Jurisdiction Response). However, upon review of the Jurisdiction Response, the Court finds it to be deficient in two ways.

First, Plaintiff's allegations as to its own citizenship are inconsistent. <u>Compare</u> Jurisdiction Response (stating that Plaintiff is incorporated in Delaware) <u>and</u> Plaintiff's Second or Renewed Rule 55(a) Motion for Entry of Clerk's Default after Service (Doc. 21), filed August 7, 2025 (same), <u>with</u>

Plaintiff's Disclosure Statement Under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 (Doc. 14), filed June 23, 2025 (stating that Plaintiff is incorporated in Florida). Plaintiff must clarify its state(s) of incorporation and Plaintiff's counsel is admonished of his duty to ensure that his "factual contentions have evidentiary support." See Fed. R. Civ. P. 11(b)(3).

Second, in its Jurisdiction Response, Plaintiff alleges the citizenship of Defendant's individual members based on their residence. See Jurisdiction Response at 2.[1] But an individual's state of citizenship is based on the individual's domicile, which requires both residence and an intent to remain there indefinitely. See Jurisdiction Order at 2–3. As such, the Court remains unable to determine whether the exercise of subject matter jurisdiction over this action would be proper. As such, the Court will provide Plaintiff **one final opportunity** to properly allege facts that support the exercise of subject matter jurisdiction. Failure to adequately allege facts sufficient to support the exercise of subject matter jurisdiction will result in dismissal of this action without further notice.

Accordingly, it is

**ORDERED**:

On or before **September 30, 2025**, Plaintiff shall provide the Court with information establishing its state(s) of incorporation and the states of

---

[1] Defendant is an LLC, so its citizenship is based on the states of citizenship of each of its members. See Jurisdiction Order at 3–4.

citizenship of each of Defendant's members in accordance with applicable law.

**DONE AND ORDERED** in Jacksonville, Florida, on this 16th day of September, 2025.

**MARCIA MORALES HOWARD**
United States District Judge

lc33

Copies to:
Counsel of Record